

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Adage, Inc. d/b/a Neighbors　　　　　　 * From the 118th District
Convenience Store,　　　　　　　　　　　　 Court of Howard County,
　　　　　　　　　　　　　　　　　　　　　　　 Trial Court No. 49225.

Vs. No. 11-14-00001-CV　　　　　　　　 * February 6, 2014

Matthew Fowler,　　　　　　　　　　　　 * Per Curiam Memorandum Opinion
　　　　　　　　　　　　　　　　　　　　　　　 (Panel consists of: Wright, C.J.,
　　　　　　　　　　　　　　　　　　　　　　　 Willson, J., and Bailey, J.)

　　　　This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Adage, Inc. d/b/a Neighbors Convenience Store.